BLOCK *et al. v.* INFORMATION BUYING COMPANY *et al.*

HILL, J. Under the very meager allegations of the petition it does not set out a cause of action, and the court below did not err in sustaining the demurrer and in dismissing the case.

*Judgment affirmed. All the Justices concur.*

No. 7563. APRIL 18, 1930.

*Orin J. Bundy* and *J. L. R. Boyd,* for plaintiffs.
*R. R. Jackson,* for defendants.